r ■.‘NI a eb'boraí-e aryom •• í, h’s case, and L.ino fsb-'i t'¡ '-"SÍNi, j; C bi’b b_7 V7, .’opUiion ííiCt ibis ;u ■'■.i ;■■ /;r.te fe .;7;rí : y runN : fo 7;i:c!b oí" 7'bish ihe - f ..O vi-y ,.¿t lb. uSf! Irf (br,7iLsSC£í HTO.. '• ■ T r to i,„ bti;. c j.npíá’.r. 7ts En;y¡7 cup at ivf, c».c3 ■ '■. .7.5-íí.' '-Í t'„,. i;j> ■mmt-’ddcteiy rytwitísVíií.d-i da, ¿17; uciw' d.r'r.Rdlay rbcre v:i-z a» sIEÚKvr' . Lf> z< <a: oí tbc 'f'.íücSf' t!,,;v 7-< 2;¡'@ ayer! and i. S:a„ ■■ '■■ ‘.'•-fíy ío Idv loafi;,, ¿'.-.sí'! Lo cccrucc to k'Uik tiicr., «, •,-■ ■. ■* , ■ y,' lw.~‘~c. ibi . clúcI:: '.suy í.eitbatossy la cux¡> a cr. <•- - i Li , k«A.L Lv ¡ic.;c v/!.-r aa a:-,ff:a at Saw sa «'omssferxidj, o.b unj {-í b e wl.;.i.c..? Le iiL'ii, Lot íbtre tiepoa;- < !;•* L'.'f’a in ;v ?ciu at I”w, and o' cchvbo ?s ío (,¿<v;e '1. .-A! .. i* -b;'.: ».c travel to cor.iac .beát «a disece mazt »?«51 be and f -osa'-Liy rairb' L’e t’ue ;c,...c.rj .j¿ . •.':■• ¿ P. W. 117.